UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

SPE CAPITAL, LLC

Debtor.

Chapter 11

Case No.

----------------------------------------------------------x

**LOCAL RULE 1007-2 AFFIDAVIT**

STATE OF           )
                            ss.:
COUNTY OF       )

Scott Morgan, being duly sworn deposes and states:

1. I am the managing member of SPE Capital, LLC (the "Debtor"), and submit this affidavit pursuant to Rule 1007-2 of the local rules of this Court.

2. The Debtor intends to file a voluntary Chapter 11 petition with the Clerk of this Court on or before April 5, 2017. There is no other or prior bankruptcy case filed by or against the Debtor. There has not been a committee of unsecured creditors organized prior to the order for relief in the Debtor's Chapter 11 case.

3. A copy of the Debtor's limited liability company resolution authorizing the Chapter 11 filing has been filed together with the petition and incorporated by reference herein. Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis.

4. The Debtor is a limited liability corporation organized under the laws of the State of New York. The Debtor's principal office is located at 2902 State Route 55, White Lake NY 12786. The Debtor owns and operates a real property development in Sullivan County, New York.

1

5. The Debtor has been in operation since .

6. For the year ending December 31, 2016, the Debtor had gross revenues of approximately $ .

7. The Debtor's immediate need for relief in this Court is a result of a "cash flow crunch" caused by the sudden withdrawal of funds by a lender. The Debtor believes that the filing is necessary to protect the value of its assets.

8. Pursuant to Rule 1007-2(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "1"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors excluding insiders.

9. Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "2"** is a list containing the names of the holders of the Debtor's five (5) largest secured claims.

10. Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "3"** is a summary of the Debtor's assets and liabilities as of . This is an internally generated estimate of assets and liabilities and may require certain adjustments.

11. There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledgee, assignee of rents, liquidators, secured creditors, or agents of such person.

12. The Debtor's assets consist primarily of developed and undeveloped real property. The bulk of the Debtor's assets are located in Sullivan County, New York.

13. The Debtor is a party to a chapter 7 bankruptcy case pending in Chicago, Illinois. A complete list of each action will be submitted in connection with the Debtor's Statement of Financial Affairs.

14. I am the Debtor's managing member. The Debtor's payroll to its officers and upper management is approximately $0.00. The Debtor has no employees.

15. The Debtor does not expect to generate any revenues over the next thirty (30) days. The Debtor believes that there is significant equity in its assets and wishes to preserve that value for creditors and equity security holders.

16. The Debtor intends to continue in the operation of its business and propose a plan or reorganization which treats all creditors in a fair and equitable manner consistent with the provisions of the Bankruptcy Code.

/s/ Scott Morgan
Scott Morgan
Managing Member

Sworn to before me this
4th day of April 2017

/s/ Claudia Orellana
Notary Public

CLAUDIA CRISTINA ORELLANA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 12, 2020

**Exhibit "1"**
Names and addresses of the Debtor's
twenty (20) largest unsecured creditors excluding insiders.

17-35544-cgm    Doc 2    Filed 04/04/17    Entered 04/04/17 19:16:49    Main Document
Pg 4 of 9

Fill in this information to identify the case:

Debtor name: **SPE Capital, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Natural Living Holdings<br>7500 W Lake Mead Blvd<br>Las Vegas, NV 89128 | | | | | | $695,000.00 |
| Romspen Investment<br>162 Cumberland St. #300<br>Toronto, Ontario, M5R 3N5 | | | | $9,200,000.00 | $0.00 | $9,200,000.00 |
| SMD Associates LLC | | | | | | $800,000.00 |
| Sullivan County Property Tax | | | | $574,000.00 | $0.00 | $574,000.00 |

**Exhibit "2"**

Names of the holders of the Debtor's five (5) largest secured claims.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | SPE Capital, LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Natural Living Holdings<br>7500 W Lake Mead Blvd<br>Las Vegas, NV 89128 | | | | | | $695,000.00 |
| Romspen Investment<br>162 Cumberland St. # 300<br>Toronto, Ontario, M5R 3N5 | | | | $9,200,000.00 | $0.00 | $9,200,000.00 |
| SMD Associates LLC | | | | | | $800,000.00 |
| Sullivan County Property Tax | | | | $574,000.00 | $0.00 | $574,000.00 |

**Exhibit "3"**
Summary of the Debtor's assets and liabilities as of                    .

To be provided